RECEIVED

JAN 13 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

MATTHEW A. SIMPSON

VERSUS

USA, ET AL

DOCKET NO. 15-CV-2106; SEC. P

JUDGE JAMES T. TRIMBLE, JR.

MAGISTRATE JUDGE JOSEPH H.L.
PEREZ-MONTES

J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff'S FTCA claim against the United States is hereby **DISMISSED** for lack of jurisdiction.

Service of Plaintiff's excessive force claim against Officer Perry will be addressed in a separate Court order.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 13th day of January, 2016.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE